IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FEB 20 2025

FILED

| | |
|---|---|
| DANIEL EUGENE RIGGS, | ) |
| Plaintiff, | ) |
| v. | ) CV 324-081 |
| LT. AMY CHABANEOU, | ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 20th day of February, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE